# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 8, 2016

## NO.  03-14-00735-CV

**Appellant, Entergy Texas, Inc.//Cross-Appellants, Office of Public Utility Counsel and Public Utility Commission of Texas**

**v.**

**Appellees, Public Utility Commission of Texas and Texas Industrial Energy Consumers// Cross-Appellees, Office of Public Utility Counsel and Entergy Texas, Inc.**

### APPEAL FROM 353RD DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES PURYEAR, GOODWIN, AND BOURLAND
### AFFIRMED -- OPINION BY JUSTICE PURYEAR

This is an appeal from the judgment signed by the trial court on October 14, 2014.  Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the judgment.  Therefore, the Court affirms the trial court's judgment.  Each party shall pay the costs of appeal incurred by that party, both in this Court and the court below.